In the

# United States Court of Appeals

## For the Eleventh Circuit

_____

No. 25-11320

_____

DONNA CURLING,
DONNA PRICE,
JEFFREY SCHOENBERG,
RICARDO DAVIS,
as individuals,
COALITION FOR GOOD GOVERNANCE,
a non-profit corporation organized and existing
under Colorado Law, et al.,

                                                            Plaintiffs-Appellants,

ROCKDALE COUNTY BOARD OF ELECTIONS AND REGISTRATION,

                                                                 Plaintiff,

*versus*

BRIAN P. KEMP,
in his individual capacity and his official capacity as

2                        Order of the Court                        25-11320

Secretary of State of Georgia and Chair of the State Election Board, et al.,

                                                Defendants,

DAVID J. WORLEY,
REBECCA N. SULLIVAN,
RALPH F. (RUSTY) SIMPSON,
SETH HARP,
in their individual capacities and their official capacities as members of the State Election Board,
THE STATE ELECTION BOARD, et al.,

                                                Defendants-Appellees,

FORTALICE SOLUTIONS, LLC, et al.,

                                                Respondents-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:17-cv-02989-AT

_____

25-11320         Order of the Court         3

ORDER:

The motion for an extension of time to and including July 9, 2025, to file the initial brief of Appellants Donna Curling, Donna Price, and Jeffrey Schoenberg is GRANTED, with the appendix due 7 days after the filing of the brief.

/s/ Kevin C. Newsom
UNITED STATES CIRCUIT JUDGE