No. 25-11320-JJ

In the

# United States Court of Appeals
## for the Eleventh Circuit

Donna Curling, *et al.*,
*Plaintiffs-Appellants*,

v.

Secretary of State of Georgia, *et al.*,
*Defendants-Appellees*.

On Appeal from the United States District Court for the Northern District of Georgia, Atlanta Division.
No. 1:17-CV-2989-AT — Amy Totenberg, *Judge*

# MOTION FOR ADDITIONAL PAGES FOR APPELLEES' BRIEF


Vincent R. Russo
Joshua B. Belinfante
Carey A. Miller

ROBBINS ALLOY BELINFANTE LITTLEFIELD LLC
500 14th Street NW
Atlanta, GA 30318
678-701-9381
vrusso@robbinsfirm.com

Bryan P. Tyson
Bryan F. Jacoutot
Diane F. LaRoss

CLARK HILL PLC
3630 Peachtree Rd. NE
Suite 550
Atlanta, GA 30326
678-370-4377
btyson@clarkhill.com

*Counsel for Defendants-Appellees*

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Eleventh Circuit Rules 26.1-1 through 26.1-3, counsel for Defendants-Appellees hereby certify that the below is a complete list of all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this appeal.

1. Abney, Russell T.: Counsel for Amicus Electronic Privacy Information Center.
2. Abrams for Governor: Objector in the underlying case.
3. Adams, Kimberly M. Esmond: Fulton Superior Court, Judge.
4. Alan Butler: Counsel for Amicus Electronic Privacy Information Center.
5. Altshuler Berzon, LLP: Counsel for Amici Common Cause and Protect Democracy.
6. American Civil Liberties Union: Former counsel for Plaintiffs-Appellants, terminated on 1/08/2021.

7. Anderson, Kimberly K.: Former counsel for Defendants-Appellees, terminated on 12/6/2019.

8. Andreu-von Euw, Christian Gabriel: Counsel for Plaintiffs-Appellants.

9. Aiken, Fred: Former defendant in the underlying case, terminated on 6/13/2018.

10. Ardoin, R. Kyle: Former Movant in the underlying case in his official capacity as Louisiana Secretary of State, terminated on 1/10/2022.

11. Ascarrunz, Veronica: Former counsel for Plaintiffs-Appellants, terminated on 12/1/2022.

12. Babcock, Charles L.: Former counsel for former intervenor Fox News Network, LLC, terminated on 7/5/2022.

13. Baconton Missionary Baptist Church, Inc.: Objector in the underlying case.

14. Balli, James A.: Former counsel for Defendants-Appellees, terminated on 11/17/2022.

15. Balli-Law LLC: Former counsel for Defendants-Appellees, terminated on 11/17/2022.
16. Barnes: Roy E.: Former counsel for former defendant Secretary of State, Brian P. Kemp, and State Election Board Members, terminated on 2/15/2019.
17. Barron, Richard: Defendant in underlying case in his individual capacity and his official capacity as Director of the Fulton County Board of Registration and Elections.
18. Bedard, Edward: Counsel for Defendants-Appellees.
19. Belinfante, Joshua Barrett: Counsel for Defendants-Appellees.
20. Bentrott, Jane P.: Former counsel for Plaintiffs-Appellants, terminated on 8/28/2020.
21. Berzon, Stephen P.: Former counsel for Amicus Common Cause, terminated on 10/01/2020.
22. Blitch IV, Pierce Groover: Counsel for Movant in the underlying case Hancock County Board of Elections and Registration.

23. Bondurant Mixson & Elmore, LLP: Former counsel for Plaintiffs-Appellees.
24. Boyle, Donald P., Jr.: Counsel for Defendants-Appellees.
25. Brady, Robert: Objector in the underlying case.
26. Bridges, Agnes: Objector in the underlying case.
27. Brimer, Marcie: Former counsel for Plaintiffs-Appellants, terminated on 8/28/2020.
28. Brody, David R.: Former counsel for Plaintiffs-Appellants, terminated on 1/8/2021.
29. Brogan, Eileen M.: Former counsel for Plaintiffs-Appellants, terminated on 7/9/2021.
30. Brooks, Jessica: Former defendant in underlying case, terminated on 6/13/2018.
31. Brown, Bruce P.: Counsel for Laura Digges, William Digges III, and Megan Missett.
32. Bruce P. Brown Law: Counsel for Laura Digges, William Digges III, and Megan Missett.

33. Bryan, Bennett Davis: Former counsel for former defendant in underlying case, DeKalb County, terminated on 6/28/2018.
34. Burge, David J.: Former defendant in underlying case.
35. Burton, Robert Dalrymple: Former counsel for Defendants-Appellees, terminated on 1/18/2022.
36. Burwell, Kaye Woodard: Counsel for former defendant Fulton County in underlying case.
37. Butler, Alan Jay: Counsel for Amicus Electronic Privacy Information Center.
38. Caldwell, Joe Robert, Jr.: Former counsel for Plaintiffs-Appellants, terminated on 1/18/2018.
39. Campbell, Benjamin E: Counsel for Plaintiffs-Appellants.
40. Capriola, Richard John: Counsel to Paul V. Maggio.
41. Care in Action, Inc.: Objector in the underlying case.
42. Carlin, John P.: Former counsel for Plaintiffs-Appellants, terminated on 1/11/2021.

43. Chalmers, Adams, Backer & Kaufman LLC: Counsel for former intervenor My Pillow, Inc. and Michael J. Lindell.
44. Chapple, Catherine L.: Former counsel for Plaintiffs-Appellants, terminated on 8/28/2020.
45. Cheeley Law Group, LLC: Former counsel to Movant in the underlying case Cathleen Alston Latham, terminated on 9/5/2023.
46. Cheeley, Robert David: Former counsel to Movant in the underlying case Cathleen Alston Latham, terminated on 9/5/2023.
47. Cino, Jessica Gabel: Counsel for Curling Plaintiffs-Appellants.
48. Clark, Bryan: Counsel for former intervenor Herring Networks, Inc.
49. Clark Hill PLC: Counsel for Defendants-Appellees
50. Coalition for Good Governance: Plaintiff-Appellants.

51. Cobb County Attorney's Office: Former counsel for former defendants Cobb County in underlying case, terminated on 11/3/2017.
52. Coffee County Board of Elections: Interested third party appearing below seeking to quash discovery requests.
53. Coleman, Eric B.: Counsel to Paul V. Maggio.
54. Common Cause: Amicus in the underlying case.
55. Conarck, Jacob Paul: Former counsel for Plaintiffs-Appellants, terminated on 1/8/2021.
56. Cooney, Mary Carole: Former defendant in the underlying case.
57. Correia, Cristina: Former counsel for former defendant Brian P. Kemp and State Election Board Members, terminated on 11/3/2017.
58. Coveny, Michael P.: Former defendant in the underlying case, terminated on 6/13/2018.
59. Crumly, Jonathan Dean, Sr.: Former counsel for Defendants-Appellees, terminated on 11/17/2022.

60. Curling, Donna: Plaintiff-Appellant.
61. Cross, David D.: Counsel for Plaintiffs-Appellants.
62. Daniell, Phil: Former defendant in the underlying case, terminated on 6/13/2018.
63. Daniels, Douglas A.: Former counsel for former intervenor Michael J. Lindell, terminated on 3/30/2022.
64. Daniels, Maxine: Former defendant in the underlying case, terminated on 6/13/2018.
65. Daniels & Tredennick PLLC: Former counsel for former intervenor Michael J. Lindell, terminated on 3/30/2022.
66. Davis, Deberah J.: Former pro se movant in the underlying case, terminated on 12/20/2023
67. Davis, Ricardo: Plaintiff.
68. Denton, Alexander Fraser: Counsel for Defendants-Appellees.
69. DeKalb County District Attorney’s Office: Former counsel for former defendant DeKalb County.
70. Digges, Laura: Plaintiff-Appellant.

71. Digges, William, III: Plaintiff-Appellant.
72. Duane Morris LLP: Counsel for former intervenor Newsmax, Inc.
73. Duffey, William: Former Member of State Election Board.
74. Ebenezer Baptist Church of Atlanta, Georgia, Inc.: Objector in the underlying case.
75. Edmondson, Anna Nicole: Counsel for Defendants-Appellees.
76. Electronic Privacy Information Center: Amicus in the underlying case.
77. Elson, Hannah Rose: Former counsel for Plaintiffs-Appellants, terminated on 11/27/2023.
78. Eveler, Janine: Former defendant and Director of the Cobb County Board of Elections and Registration, terminated on 6/13/2018.
79. Fair Fight Action, Inc.: Objector in the underlying case.
80. Ferrer Poirot & Wansbrough-GA: Counsel for Amicus Electronic Privacy Information Center.

81. Fervier, John: Chair of the State Election Board and Defendant-Appellee.
82. Fisher, Ramsey W.: Former counsel for Plaintiffs-Appellants, terminated on 10/23/2024
83. Flores, Rommy L.: Former counsel for Plaintiffs-Appellants, terminated on 12/10/2021
84. Fortalice Solutions, LLC: Respondent
85. Fox News Network, LLC: Former intervenor, terminated on 8/11/2022.
86. Fuchs, Zachary D.: Former Counsel for Plaintiffs-Appellants, terminated on 6/21/2022.
87. Georgia Department of Law: Counsel for former Secretary of State, defendant Brian P. Kemp and State Election Board Members, terminated on 11/3/2017.
88. Ghazal, Sara Tindall: Member of State Election Board and Defendant-Appellee.
89. Glover, Joel Robert: Former counsel for former intervenor Fox News Network, LLC, terminated on 7/5/2022.

90. Goodwin Procter, LLP: Counsel for Plaintiffs-Appellants.
91. Gwinnett County Department of Law: Counsel for Kristi L. Royston, Objector in the underlying case.
92. Hancock County Board of Elections and Registration: Movant in underlying case.
93. Handel, Karen C.: Former defendant in underlying case, terminated on 9/28/2017.
94. Harding Law Firm, LLC: Former counsel for Plaintiff Ricardo Davis, terminated on 12/7/2023.
95. Harding, Todd Andrew: Former counsel for Plaintiff Ricardo Davis, terminated on 12/7/2023.
96. Harp, Seth: Former Member of the Georgia State Election Board.
97. Havian, Eric R.: Counsel for Plaintiffs-Appellants.
98. Haynie, Litchfield & White PC: Former counsel for former defendant in underlying case, DeKalb County.
99. Hedgecock, Lyle F.: Former counsel for Plaintiffs-Appellants, terminated on 10/23/2024.

100. Heidt, Josiah Benjamin: Former counsel for former Secretary of State, Brian P. Kemp and State Election Board Members, terminated on 11/3/2017.
101. Hendrix, Barclay: Former counsel for former defendant in the underlying case, Karen C. Handel.
102. Hernandez, Danielle Maria: Counsel for Defendants-Appellees.
103. Herring Networks, Inc.: Former intervenor, terminated on 8/11/2022.
104. Highsmith, Robert S.: Counsel for former defendant in the underlying case, Merle King.
105. Hilbert, Kurt Robert: Counsel for former intervenor My Pillow, Inc. and Michael J. Lindell.
106. Holcomb + Ward, LLP: Former counsel for Plaintiffs-Appellants, terminated on 2/5/2018.
107. Holden, Deirde: Objector in the underlying case.
108. Holland & Knight LLP: Former counsel for former defendant in the underlying case, Merle King.

109. Ichter, Cary: Counsel for Plaintiffs-Appellants.

110. Ichter Davis, LLC: Counsel for Plaintiffs-Appellants.

111. Jackson-Fannin, Julian Antony: Counsel for former intervenor Newsmax, Inc.

112. Jackson Walker, L.L.P.: Former Counsel for former intervenor Fox News Network, LLC, terminated on 7/5/2022.

113. Jacoutot, Bryan Francis: Counsel for Defendants-Appellees.

114. Jarrard & Davis, LLP: Counsel for Ameika Pitts, Objector in the underlying case.

115. Jeffares, Rick: Member of State Election Board and Defendant-Appellee.

116. Jihadi, Wail: Former counsel for Plaintiffs-Appellants, terminated on 10/23/2024.

117. Johnson, Aaron: Former defendant in underlying case, terminated on 11/10/2023.

118. Johnson, Laura K.: Former counsel for former defendant DeKalb County, terminated on 6/28/2018.

119. Johnson, Melanie Leigh: Counsel for Defendants-Appellees.

120. Johnston, Janice: Member of State Election Board and Defendant-Appellee.

121. Jon L. Schwartz, Attorney at Law, P.C.: Former Counsel for Amicus Common Cause, terminated 10/01/2020 and counsel for Amicus National Election Defense Coalition and Protect Democracy.

122. Jones Walker, LLP-ATL: Counsel to former movant in the underlying case R. Kyle Ardoin in his official capacity as Louisiana Secretary of State.

123. Joseph, Oluwasegun: Former counsel for Plaintiffs-Appellants, terminated on 10/23/2024.

124. Kaiser, Mary G.: Counsel for Plaintiffs-Appellants.

125. Kastorf, Kurt G.: Counsel for Objectors Care in Action, Inc.; Ebenezer Baptist Church of Atlanta, Georgia, Inc.; Fair Fight Action, Inc.; Sixth Episcopal District Inc.; Virginia Highland Church, Inc.; Abrams for Governor; and Baconton Missionary Baptist Church, Inc.

126. Keller, Scott Allen: Counsel for former intervenor Fox News Network, LLC.
127. Kemp, Brian P.: Former Secretary of State and defendant in the underlying case, terminated on 4/9/2019.
128. Kidd, Milton: Objector in the underlying case in his official capacity as Director of Elections for the Douglas County Board of Elections and Registration.
129. Kimrey, Blaine C.: Counsel for former intervenor Herring Networks, Inc.
130. King, Janelle: Member of State Election Board and Defendant-Appellee.
131. King, Merle: Executive Director of the Center for Election Systems at Kennesaw State-former defendant in the underlying case, terminated on 6/13/2018.
132. Kinsley, Nicholas Andrew: Counsel for Coffee County Board of Elections.
133. Kirk, Joseph: Objector in the underlying case.

134. Knapp, Halsey G., Jr.: Counsel for Plaintiffs-Appellants in proceedings below.
135. Koechley, Julia L.: Counsel for former intervenor Herring Networks, Inc.
136. Krevolin & Horst, LLC: Counsel for Plaintiffs-Appellants.
137. Krugman, Edward B.: Former counsel for Plaintiffs-Appellees.
138. Lake, Brian Edward: Former counsel for Defendants-Appellees, terminated on 4/25/2023.
139. LaRoss, Diane Festin: Counsel for Defendants-Appellees.
140. Latham, Cathleen Alston: Movant in the underlying case.
141. Lawyers' Committee for Civil Rights Under Law: Former counsel for Plaintiffs-Appellants, terminated on 1/8/2021.
142. Lehotsky Keller Cohn LLP: Counsel for former intervenor Fox News Network, LLC.
143. Lewis, Anne Ware: Counsel for former defendant Karen C. Handel.

144. Lewis, Anthony: Former defendant in the underlying case, terminated on 6/13/2018.

145. Le, Anh: Member of the Georgia State Election Board and Defendant-Appellee.

146. Leyton, Stacey M.: Former counsel for Amicus Common Cause, terminated on 10/01/2020.

147. Lim, Marvin: Former counsel for Plaintiffs-Appellants, terminated on 12/21/2017.

148. Lindell, Michael J.: Former intervenor, terminated on 8/11/2022.

149. Lindenbaum, Dara: Counsel for Objectors Care in Action, Inc.; Ebenezer Baptist Church of Atlanta, Georgia, Inc.; Fair Fight Action, Inc.; Sixth Episcopal District Inc.; Virginia Highland Church, Inc.; Abrams for Governor; and Baconton Missionary Baptist Church, Inc.

150. Lowman, David R.: Counsel for defendants Fulton County Board of Registration and Elections; Director Richard

Barron; and Fulton County Board of Registration Members in underlying case.

151. Maggio, Paul V.: Interested third party appearing below seeking to quash discovery requests. .

152. Maguire, Joseph Matthew, Jr.: Counsel for Respondent U.S. Dominion, Inc.

153. Manoso, Robert W.: Former counsel for Plaintiffs-Appellants, terminated on 10/23/2024.

154. Martino-Weinhardt, Matthaeus H.: Former counsel for Plaintiffs-Appellants, terminated on 3/18/2024.

155. Mashburn, Matthew: Defendant-Appellee.

156. Matarazzo, Stan: Former defendant in underlying case, terminated 09/15/2017.

157. McGuire III, Robert Alexander: Counsel for Plaintiffs-Appellants.

158. Middleton, Caroline L.: Former counsel for Plaintiffs-Appellants, terminated on 11/27/2023

159. Miller, Carey Allen: Counsel for Defendants-Appellees.

160. Miller, J. Britten, Jr.: Pro Se Amicus.

161. Missett, Megan: Plaintiff.

162. Monyak, Elizabeth Ahern: Former counsel for former defendant Brian P. Kemp; defendants David J. Worley, Rebecca N. Sullivan, Ralph F. Simpson, Seth Harp, and the State Election Board; and objector Janine Eveler, terminated on 11/3/2017.

163. Morrison & Foerster, LLP-DC: Former counsel for Plaintiffs-Appellants, terminated on 10/23/2024.

164. Murray, Matthew J.: Former counsel for Amicus Common Cause, terminated on 10/1/2020.

165. My Pillow Inc.: Former intervenor, terminated on 8/11/2022.

166. Nally, Paul L.: Pro Se Amicus Curiae.

167. National Election Defense Coalition: Amicus in the underlying case.

168. Newsmax, Inc.: Former Intervenor, terminated on 8/11/2022.

169. Ney Rhein Williams, LLC: Counsel for Plaintiffs-Appellants.

170. Ney, William Brent: Counsel for Plaintiffs-Appellants.

171. Novosad, Heath A.: Former counsel for former intervenor Michael J. Lindell, terminated on 3/30/2022.

172. Nuriddin, Vernetta: Former defendant in the underlying case, terminated on 11/10/2023.

173. Office of Fulton County Attorney: Counsel for Defendant-Appellees in underlying case.

174. Oles, David Edward, Sr.: Counsel for Plaintiff Ricardo Davis.

175. Ossoff, Thomas Jonathan: Former interested party in underlying case, terminated 09/28/2017.

176. Paradise, Loree Anne: Former counsel for Defendants-Appellees, terminated on 10/3/2022.

177. Park, Jeanah: Counsel for former intervenor Herring Networks, Inc.

178. Parker, Andrew D.: Counsel for former intervenors My Pillow, Inc. and Michael J. Lindell.

179. Parker Daniels Kibort, LLC: Counsel for former intervenor My Pillow, Inc. and Michael J. Lindell.

180. Parker, Hudson, Rainer & Dobbs LLP: Former counsel for Defendants, terminated on 8/27/2024.

181. Parker Poe Adams & Bernstein, LLP-GA: Former counsel for former Defendants-Appellees, terminated on 6/28/2018.

182. Parks Chesin & Walbert, P.C.: Counsel for U.S. Dominion, Inc.

183. Peeler, Charles E.: Counsel for former intervenor Fox News Network, LLC.

184. Perry, Leona: Former defendant in underlying case, terminated on 6/13/2018.

185. Pettit, Joe: Former defendant in underlying case, terminated on 6/13/2018.

186. Phillips, James Jayson: Counsel for Objectors Joseph Kirk and Deidre Holden.

187. Phillips, Terry G.: Former counsel for former defendants Maxine Daniels, Michael P. Coveny, Anthony Lewis, Leona Perry, Samuel Tillman, Baoky N. Vu, and the Dekalb

County Board of Registrations and Elections in underlying case, terminated on 6/28/2018.

188. Pierson, Holly Anne: Former counsel to Movant in the underlying case Cathleen Alston Latham, terminated on 8/31/2023.

189. Pierson Law LLC: Former counsel to Movant in the underlying case for Cathleen Alston Latham, terminated on 8/31/2023.

190. Pico-Pratts, Javier: Counsel for Defendants-Appellees.

191. Pitts, Ameika: Objector in the underlying case.

192. Porter, Reiley Jo: Former counsel for Plaintiffs-Appellants, terminated on 10/23/2024.

193. Powers, John Michael: Former counsel for Plaintiffs-Appellants, terminated on 1/8/2021.

194. Price, Donna: Plaintiff-Appellant.

195. Protect Democracy: Amicus in the underlying case.

196. Pull, Joseph A.: Counsel for former intervenor My Pillow, Inc. and Michael J. Lindell.

197. Raffensperger, Brad: Secretary of State and Defendant-Appellee.
198. Ringer, Cheryl: Counsel for Defendants-Appellees in underlying case.
199. Robbins Alloy Belinfante Littlefield LLC: Counsel for Defendants-Appellees.
200. Robert McGuire Law Firm: Counsel for Plaintiffs-Appellants.
201. Robin, Kenneth Paul: Counsel for Ameika Pitts, objector in the underlying case.
202. Rockdale County Board of Elections and Registration: Objector in the underlying case.
203. Rosenberg, Ezra David: Former counsel for Plaintiffs-Appellants, terminated on 1/8/2021.
204. Rowan, Nancy Ladson: Former counsel for Defendants-Appellees in underlying case, terminated on 9/13/2023.
205. Royston, Kristi L.: Objector in the underlying case.

206. Russo, Vincent Robert, Jr.: Counsel for Defendants-Appellees.
207. Ruth, Kathleen D.: Former defendant in the underlying case, terminated on 11/10/2023.
208. Salter, John Frank, Jr.: Former counsel for former Secretary of State, Brian P. Kemp and State Election Board Members, terminated on 2/15/2019.
209. Sandler Reiff Lamb Rosenstein & Birkenstock, P.C.: Counsel for Objectors Care in Action, Inc.; Ebenezer Baptist Church of Atlanta, Georgia, Inc.; Fair Fight Action, Inc.; Sixth Episcopal District Inc.; Virginia Highland Church, Inc.; Abrams for Governor; and Baconton Missionary Baptist Church, Inc.
210. Scheinman, Aaron Heath: Former counsel for Plaintiffs-Appellants, terminated on 10/23/2024.
211. Schnell, Grant Edward: Counsel for former defendant in the underlying case, Merle King.
212. Schoenberg, Jeffrey: Plaintiff-Appellant.

213. Schwartz, Edward Bruce: Former counsel for Plaintiffs-Appellants, terminated on 1/18/2018.

214. Schwartz, Jonathan Lee: Former Counsel for Amicus Common Cause, terminated 10/01/2020, and counsel for Amicus National Election Defense Coalition and Protect Democracy.

215. Simpson, Ralph F.: Former Member of the Georgia State Election Board and Defendant-Appellee.

216. Sixth Episcopal District, Inc.: Objector in the underlying case.

217. Smith, Gambrell & Russell, LLP: Counsel for former intervenor Fox News Network, LLC.

218. Sparks, Adam Martin: Counsel for Plaintiffs-Appellants.

219. Squire Patton Boggs: Former counsel for defendant Richard Barron in underlying case, terminated on 9/13/2023.

220. Steptoe & Johnson-DC: Former counsel for Appellant-Plaintiff, Donna Curling and Coalition for Good Governance, terminated on 11/29/2017 and 1/18/2018.

221. Stillman Welch, LLC: Counsel for former intervenor Herring Networks, Inc.
222. Strickland Brockington Lewis, LLP: Former counsel for former defendant Karen C. Handel.
223. Strickland, Frank B.: Counsel for former defendant Karen C. Handel.
224. Sugarman, F. Skip: Counsel for Amicus Common Cause.
225. Sugarman Law LLP: Counsel for Amicus Common Cause.
226. Sullivan, Rebecca N.: Member of the Georgia State Election Board and Defendant-Appellee.
227. Swanbeck, Sonja N.: Former counsel for Plaintiffs-Appellants, terminated on 10/23/2024.
228. Talley Richardson & Cable, P.A.: Counsel for Objector Joseph Kirk.
229. Talmor, Kate: Counsel for United States Cybersecurity and Infrastructure Security Agency.
230. Taylor English Duma LLP: Former counsel for Defendants-Appellees.

231. Tepfer, Cameron A.: Former counsel for Plaintiffs-Appellants, terminated on 9/3/2019.
232. Terry, Edward Curtis: Former pro se plaintiff in the underlying case, terminated on 3/20/2018.
233. The Barnes Law Group, LLC: Former counsel for former Secretary of State, Brian P. Kemp and State Election Board Members, terminated on 2/15/2019.
234. The Center for Election Systems at Kennesaw State University: Former defendant in the underlying case, terminated on 9/15/2017.
235. The Cobb County Board of Elections and Registration: Former defendant in the underlying case, terminated on 6/13/2018.
236. The Dekalb County Board of Registrations and Elections: Former defendants in the underlying case, terminated on 6/13/2018.
237. The Fulton County Board of Registration and Elections: former defendant in the underlying case.

238. The Nelson Law Group: Counsel for Movant in the underlying case Hancock County Board of Elections and Registration.

239. The State Election Board: Defendant-Appellee in the underlying case.

240. Theriot, Chad V.: Counsel to former movant in the underlying case R. Kyle Ardoin in his official capacity as Louisiana Secretary of State.

241. Tillman, Samuel E.: Former defendant in the underlying case, terminated on 6/13/2018.

242. Totenberg, Hon. Amy: Judge in underlying case, United States District Court for the Northern District of Georgia.

243. Troutman Pepper Locke LLP: Counsel for former intervenor Fox News Network, LLC.

244. Tyson, Bryan P.: Counsel for Defendants-Appellees.

245. U.S. Dominion, Inc.: Respondent in underlying case.

246. Vallotton, Barclay: Counsel for former defendant Karen C. Handel.

247. Vedder Price, P.C.: Counsel for former intervenor Herring Networks, Inc.

248. Virginia-Highland Church, Inc.: Objector in the underlying case.

249. Vu, Baoky N.: Former defendant in the underlying case, terminated on 6/13/2018.

250. Waldon Adelman Castilla Hiestand & Prout: Counsel for former interested party Thomas Jonathan Ossoff.

251. Waldon, Russell Dunn: Counsel for former interested party Thomas Jonathan Ossoff.

252. Ward, Bryan Myerson: Former counsel for Plaintiffs-Appellants, terminated on 2/5/2018.

253. Webb, Wheaton: Counsel for former intervenor Fox News Network, LLC.

254. Weigel, Daniel H.: Former counsel for Defendants-Appellees, terminated on 8/27/2024.

255. Welch, T. Brandon: Counsel for former intervenor Herring Networks, Inc.

256. White, Daniel Walter: Former counsel for former defendant in underlying case, DeKalb County.
257. White-Davis, Angela: Objector in the underlying case.
258. Wilson, Darryl O.: Former defendant in the underlying case, terminated on 6/13/2018.
259. Wilson Elser Moskowitz Edelman & Dicker LLP: Former counsel for Defendants-Appellees, terminated on 1/18/2022.
260. Wilson, Melanie Felicia: Counsel for Kristi L. Royston, objector in the underlying case.
261. Wingate, Mark: Former defendant in the underlying case, terminated on 11/10/2023.
262. Winter Capriola Zenner, LLC: Counsel to Paul V. Maggio.
263. Whistleblower Partners LLP: Counsel for Plaintiffs-Appellants.
264. Wiesebron, Tamara Raquel: Former counsel for Plaintiffs-Appellants, terminated on 10/23/2024.
265. Worley, David J.: Former Member of the Georgia State Election Board and Defendant-Appellee.

266. Wright, Aaron: Former counsel for Plaintiffs-Appellants, terminated on 12/21/2017.

/s/ *Bryan P. Tyson*
Bryan P. Tyson

## MOTION FOR ADDITIONAL PAGES FOR APPELLEES' BRIEF

Pursuant to Pursuant to 11th Cir. R. 32-4, counsel for Appellees in the above-captioned appeal seeks an additional 17,000 words for a single consolidated Appellees' Brief.

Good cause and extraordinary circumstances justify this request. This appeal involved the dismissal of a case challenging Georgia's use of Dominion voting machines in elections after the assembly of a voluminous record accumulated over more than seven years of litigation and a 17-day trial. Because of the varying Plaintiff groups involved, three different, but often overlapping, Appellant briefs were filed regarding the same final orders. These three different briefs totaled more than 30,000 words: 12,459 words for Curling Plaintiffs; 12,450 words for Coalition Plaintiffs (who also adopted significant sections of the brief of the Curling Plaintiffs by reference); and 5,922 words for Plaintiff Davis.

In order to streamline the appeal for consideration by this Court, Appellees plan to file a single, consolidated Appellees' brief that will respond to all briefs filed by Appellants. A single response brief will assist the Court and focus its consideration, while avoiding overlapping duplicate arguments in different briefs.

To file a consolidated brief, Appellees seek an extension for an additional 17,000 words beyond the 13,000-word limit, for a total of 30,000 words. Even this extended length is significantly shorter than the 39,000 words Appellees would be entitled to if filing three separate briefs to respond to each of the Appellants. Appellees will endeavor to not use the entirety of that limit, but believe this consolidated approach will assist the Court in focusing on the relevant arguments.

Counsel for Appellees has consulted with counsel for each of the Appellants and Curling and Coalition Plaintiffs do not object to the motion. The position of Plaintiff Davis is unknown.

Appellees therefore request this Court extend the page limit for a consolidated Appellees' brief by 17,000 words to allow a single Appellees' brief of up to a total of 30,000 words.

Respectfully submitted.


Vincent R. Russo
Joshua B. Belinfante
Carey A. Miller
ROBBINS ALLOY BELINFANTE LITTLEFIELD LLC
500 14th Street NW
Atlanta, GA 30318

*/s/Bryan P. Tyson*
Bryan P. Tyson
Bryan F. Jacoutot
Diane F. LaRoss

CLARK HILL PLC
3630 Peachtree Rd. NE
Suite 550

678-701-9381
vrusso@robbinsfirm.com

Atlanta, GA 30326
678-370-4377
btyson@clarkhill.com

*Counsel for Defendants-Appellees*

## CERTIFICATE OF COMPLIANCE

This document complies with the type-volume limitation of Rule 27(d)(2)(A) of the Federal Rules of Appellate Procedure because it contains 318 words as counted by the word-processing system used to prepare the document.

*/s/ Bryan P. Tyson*
Bryan P. Tyson

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2025, I served this document by electronically filing it with this Court's ECF system, which constitutes service on all attorneys who have appeared in this case and are registered to use the ECF system.

/s/ *Bryan P. Tyson*
Bryan P. Tyson