In the

# United States Court of Appeals

For the Eleventh Circuit

---

No. 25-11320

---

DONNA CURLING,
DONNA PRICE,
JEFFREY SCHOENBERG,
RICARDO DAVIS,
as individuals,
COALITION FOR GOOD GOVERNANCE,
a non-profit corporation organized and existing
under Colorado Law, et al.,

Plaintiffs-Appellants,

ROCKDALE COUNTY BOARD OF ELECTIONS AND REGISTRATION,

Plaintiff,

*versus*

BRIAN P. KEMP,
in his individual capacity and his official capacity as
Secretary of State of Georgia and Chair of the State Election Board, et al.,

Defendants,

DAVID J. WORLEY,
REBECCA N. SULLIVAN,
RALPH F. (RUSTY) SIMPSON,
SETHHARP,
in their individual capacities and their official capacities as
members of the State Election Board,
THE STATE ELECTION BOARD, et al.,

Defendants-Appellees,

FORTALICE SOLUTIONS, LLC, et al.,

Respondents-Appellees.

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:17-cv-02989-AT

ORDER:

Appellees' motion to use up to 30,000 words in their response brief is DENIED WITHOUT PREJUDICE to filing a new motion that explains the need for excess words and that is accompanied by the proposed brief. *See* 11th Cir. R. 32-4.

/s/ Kevin C. Newsom

UNITED STATES CIRCUIT JUDGE